# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Leon Snipes,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case Number: 21-cv-4061 |
| ) | |
| **Attorney Edward S. Glazar, Jr., Kathleen T** ) | |
| **Zellner, James D Montgomery, Sr., Elliot R** ) | |
| **Schiff, martin A Dolan, Arthur R., Jon Loevy,** ) | |
| **Donald a Shapiro, John M McCarthy, Peter A.** ) | |
| **Carusona, Paul J Glaser, and John Jamie Boyd,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the case is dismissed without prejudice.

**Dated: 4/19/2021**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court